MANUELA LEÓN DE QUIÑONES, parte interesada en la cancelación de hipoteca, *v.* EL REGISTRADOR DE LA PROPIEDAD DE SAN GERMÁN, recurrido.

No. 906.—*Sometido:* Enero 8, 1934. *Resuelto:* Enero 19, 1934.

La partes no comparecieron.

EL JUEZ ASOCIADO SEÑOR CÓRDOVA DÁVILA, emitió la opinión del tribunal.

Presentada al Registrador de la Propiedad de San Juan una escritura de cancelación de hipoteca, el registrador denegó la cancelación por aparecer dicha hipoteca gravada con dos embargos, uno a favor de Francisco Mattei y otro a favor de The National City Bank of New York, no apareciendo que dichas personas hubiesen sido notificadas de tal cancelación o que hubiesen consentido a la misma. El registrador tomó en su lugar anotación preventiva por 120 días a favor de la deudora Manuela León.

La parte interesada en la cancelación fué notificada de la nota denegatoria y habiendo manifestado que no deseaba recoger el documento, sino que fuese remitido a este tribunal, el registrador, vista la sección 2ª. de la Ley de 1ro. de marzo de 1902 sobre recursos contra las resoluciones de los registradores de la propiedad, remitió el referido documento a este tribunal para ser sometido a nuestra consideración.

La nota del registrador debe ser confirmada. Según aparece del registro, el crédito hipotecario ha sido objeto de dos embargos y no parece justo que se haga efectivo el crédito embargado y se cancele la hipoteca, sin notificar a las partes a cuyo favor se han practicado los embargos referidos. Si las partes que intervinieron en la contratación del préstamo hipotecario pudieran ponerse de acuerdo y cancelar una hi-

poteca embargada por un tercero a espaldas del mismo, quedarían los derechos adquiridos por éste a merced de lo que pudieran convenir acreedor y deudor hipotecario sin conocimiento de la parte interesada. Es claro que el crédito embargado no puede ser pagado y cancelado sin intervención alguna de la persona favorecida por el embargo.

*Por estas razones entendemos que la nota del Registrador debe ser confirmada.*